No. 77–306. HALL *v.* ILLINOIS. App. Ct. Ill., 4th Dist. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Franks* v. *Delaware, ante,* p. 154. MR. JUSTICE STEWART and MR. JUSTICE WHITE would grant certiorari and set case for oral argument.

No. 77–635. FRIDAY, PRESIDENT OF THE UNIVERSITY OF NORTH CAROLINA, ET AL. *v.* UZZELL ET AL. C. A. 4th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Regents of the University of California* v. *Bakke, ante,* p. 265. MR. JUSTICE WHITE dissents.

No. A–815. JIMENEZ ET AL. *v.* SIMS ET AL. D. C. S. D. Tex. Application for stay, presented to MR. JUSTICE REHNQUIST, and by him referred to the Court, denied without prejudice to appellants' filing with the court below a motion for clarification of the opinion and amended judgment of that court.

No. 8, Orig. ARIZONA *v.* CALIFORNIA ET AL. Joint motion of the States and the United States for entry of a supplemental decree; motion of Fort Mojave Indian Tribe et al. for leave to intervene as indispensable parties; and motion of Colorado River Indian Tribes et al. for leave to intervene are set for oral argument on Monday, October 2, 1978. A total of one and one-half hours allotted for oral argument. [For earlier order herein, see, *e. g.,* 383 U. S. 268.]

No. 76–811. REGENTS OF THE UNIVERSITY OF CALIFORNIA *v.* BAKKE, *ante,* p. 265. Order heretofore entered on November 15, 1976 [429 U. S. 953], granting stay pending final disposition of the case in this Court is hereby vacated.